PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/23/2015 3:54:41 PM
Accepted 11/23/2015 4:04:21 PM
ABEL ACOSTA
CLERK

**NO. PD-1067-15**

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

*granted .*
*p .C.*
*11-24-15*

EX PARTE JAMES RICHARD "RICK" PERRY,
Appellant

On Appeal from the 390th Judicial District Court,
Travis County, Texas, Cause No. D-1-DC-14 100139

## APPELLANT'S MOTION FOR LEAVE TO FILE POST-ORAL ARGUMENT SUBMISSION IN CONNECTION WITH HIS BRIEF ON THE MERITS ADDRESSING HIS PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant, James Richard "Rick" Perry (Governor Perry), and pursuant to Tex.R. App.P. 71.4, seeks leave of Court to file a brief, post-oral argument submission.

As the Court is aware, oral argument was presented on November 18, 2015. Governor Perry desires to file a brief, post-oral argument submission in order to provide cases which were discussed, but not specifically identified during the oral argument. Furthermore, precise page references to all of the State's judicial admissions appear to be necessary and appropriate.

WHEREFORE, PREMISES CONSIDERED, Governor Perry prays that this

Court grant this motion and allow the filing of his post-oral argument submission.

Respectfully submitted,

BOTSFORD & ROARK
/s/ David L. Botsford
David L. Botsford
State Bar No. 02687950
1307 West Ave.
Austin, Texas 78701
dbotsford@aol.com
Telephone: 512-479-8030
Facsimile: 512-479-8040

THE BUZBEE LAW FIRM
/s/ Anthony G. Buzbee
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tbuzbee@txattorneys.com
Telephone: 713-223-5393
Facsimile: 713-223-5909

BAKER BOTTS L.L.P.
/s/ Thomas R. Phillips
Thomas R. Phillips
State Bar No. 00000102
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
tom.phillips@bakerbotts.com
Telephone: 512-322-2565
Facsimile: 512-322-8363

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing has been delivered to all counsel at the time it was electronically filed.

BOTSFORD & ROARK
*/s/ David L. Botsford*